R. W. GODSON v. THE SURF CLUB, a Florida non-profit corporation; and SAMUEL TISHMAN and ROSE TISHMAN, joined by her husband and next friend, SAMUEL TISHMAN.

8 So. (2nd) 913                    Division A

June 23, 1942

J. Harvey Robillard and L. A. Schoeder, Jr., for appellant.

Murrell & Malone, for appellees.

PER CURIAM:

The decree herein is affirmed on the authority of the opinion and decision in Godson v. Town of Surfside, et al., filed May 26, 1942.

It is so ordered.

BROWN, C. J., WHITFIELD, BUFORD and ARAMS, JJ., concur.